AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**JAMES SAMPSON**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about   **November 14, 2007**   in   **WASHINGTON**   county, in the _____ District of   **COLUMBIA**   defendant(s) did, (Track Statutory Language of Offense)

**knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct and between on or about November 6, 2007 and January 15, 2008 did did knowingly attempt to persuade, induce, entice or coerce a person under eighteen years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008, by using a facility, that is, a computer and modem, connected to the Internet, which affected interstate commerce**

in violation of Title   **18**   United States Code, Section(s)   **2252(a)(1) 2242(b)**  .

I further state that I am   **DETECTIVE TIMOTHY PALCHAK**  , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                                                           City and State

_____          _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

## STATEMENT OF FACTS

On November 6, 2007, your affiant, a member of the Internet Crimes Against Children Task Force was on-line in a location within the District of Columbia and acting in an undercover capacity. Your affiant entered a Yahoo fetish room using the screen name "daughterlover_maryland". At approximately 3:55 p.m., an individual using the screen name "jimbbok" contacted your affiant and asked "how old is your daughter?". Your affiant stated that he had a 12 year-old daughter and was interested sexually in preteen and young girls. "jimbbok" stated that he also had an interest in young girls and wanted to engage in oral and vaginal sex acts with the fictitious twelve year-old. He described himself as a 57 year-old white male residing with his wife in Frederick, Maryland. Your affiant stated that he lived in Bowie, Maryland.

During the same on-line conversation "jimbbok" used the screen name "James Sampson" and offered to pay two hundred dollars to your affiant if he could arrange for him to engage in vaginal intercourse with the child.. He said he would pay one hundred dollars if he could perform oral sex on the child, and that he would "pay 3" that is three hundred dollars, if he "could do her raw", that is have sexual intercourse without a condom. Your affiant continued to communicate with James Sampson via Instant Messaging (IM) over the course of several weeks.

On November 14, 2007, Sampson in a conversation with your affiant said that he was sending to your affiant "a 5 yr. old getting fucked" and forwarded a video approximately 55 seconds long. The video depicted a female child, approximately five years old, being penetrated by an adult penis.

During the course of the IM conversations between your affiant and Sampson, Sampson provided your affiant with his home telephone number,(301)xxx-xxxx. Your affiant telephoned that number and had a telephone conversation with Sampson during the same time period that your affiant and Sampson were communicating on-line. Investigation determined that the telephone number (301)xxx-xxxx is assigned to a land-line telephone and that the subscriber to that phone is listed as James Sampson, residing at xxxx xxxxxx xxxxxx xxxx, Frederick, Maryland.

The defendant continued to express interest in engaging in sex acts with your affiant's fictitious daughter. He began communicating via e-mail with your affiant who assumed the identity of the twelve year-old child, "Amanda" or "Mandy". The Internet Protocol (IP address) used by Sampson to communicate by e-mail with your affiant in these conversations was captured. Investigation determined that it resolved to a Verizon account subscribed to by James Sampson, listed address as xxxx xxxxxx xxxxxx xxxx, Frederick, Maryland.

On January 17, 2008, MPD officers and FBI agents executed a search warrant issued by the United States District Court for the District of Maryland at xxxx xxxxxx xxxxxx xxxx, Frederick Maryland. A quick review (Image Scan) of the computer inside that location revealed images of nude preteen children suggestively posing. The defendant singed a rule 5 waiver and was placed under arrest and transported to Washington, DC for processing.

On January 18, 2008, Fairfax County Police officers retrieved from the mailbox that your affiant identified to Sampson as that used by his 12 year-old daughter an envelope addressed to "Mandy Poole". Inside the envelope was fifty dollars in United States Currency and a note addressed to "Mandy" and signed by "Jim".

_____
DETECTIVE TIMOTHY R. PALCHAK
Metropolitan Police Department

Sworn and subscribed to this \_\_\_\_ day of January 2008.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge