UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO: 08-033-M-01** |
| | : | |
| **JAMES SAMPSON** | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas A. Key as retained counsel for the defendant, James Sampson.

_____/s/_____
Thomas A. Key, Esq.
