AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court   FILED

_____ DISTRICT OF _____

JAN 25 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

v.

James Sampson

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-033-M-01

I, _____James Sampson_____, charged in a (complaint) (petition) pending in this District with attempted enticement minor/Transportation of Child Pornography
in violation of Title __18__, U.S.C., § 2422(b) 2252A

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_James Sampson_
Defendant

1-25-08
Date

_Thomas V._
Counsel for Defendant